**FILED**

SEP 19 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE REINHARD

MAGISTRATE JUDGE JENSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IBNAWAAN SAFEEULLAH | No. 23 CR 50086<br><br>Violation: Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B) |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

1. At time material to this indictment:

    a. United States Penitentiary Thomson ("USP Thomson") was a United States Bureau of Prisons facility located in Thomson, Illinois.

    b. Defendant IBNAWAAN SAFEEULLAH was an inmate at USP Thomson.

2. On or about November 10, 2022, in the Northern District of Illinois, Western Division, at USP Thomson, a place within the special territorial jurisdiction of the United States,

IBNAWAAN SAFEEULLAH,

defendant herein, did knowingly possess a prohibited object, namely an object designed and intended to be used as a weapon, which is further described as:

a plastic object sharpened at one end approximately 7 inches in length;

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B).

A TRUE BILL:

FOREPERSON

_Morris Pasqual by RCDVR_
ACTING UNITED STATES ATTORNEY